123 A.3d 271

STATE OF NEW JERSEY, PLAINTIFF–APPELLANT, v.
TYRONE STEELE, DEFENDANT–RESPONDENT.

July 7, 2014.

ORDER

This matter having been duly considered and the Court having determined that the motion for leave to appeal was improvidently granted;

It is ORDERED that the appeal is dismissed.

123 A.3d 271

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RODNEY ALSTON (A/K/A ROCKMAN ALSTON),
DEFENDANT–PETITIONER.

May 15, 2015.

CORRECTED ORDER ON PETITION
FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002776–11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted limited to the issue of the warrantless search of the impounded vehicle.